**Order entered April 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01041-CR
No. 05-13-01042-CR
No. 05-13-01043-CR

**ANTHONY HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53911-V, F12-53671-V, F12-54044-V**

## ORDER

The Court **GRANTS** the State's April 14, 2014 second motion for extension of time to file the State's brief.

We **ORDER** the State to file the brief within **THIRTY (30) DAYS f**rom the date of this order.

/s/ DAVID EVANS
   JUSTICE